# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RADESH PALAKURTHI,<br><br>　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MEMPHIS,<br><br>　　Defendant. | )<br>)<br>)<br>)　No. 2:25-cv-02953-SHL-cgc<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 16th day of October, 2025.

　　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE